UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR03-5440-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JAMES W. JACKSON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on November 5, 2007.  The United States was represented by AUSA Roger Rogoff and the defendant by Walter Palmer.  The proceedings were digitally recorded.

Defendant had been sentenced on or about September 26, 2003 by the Honorable Robert S. Lasnik on a charge of False Statements, and sentenced to 15 months custody, 3 years supervised release. (Dkt.18 )

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing any firearms, submit to mandatory drug testing, submit to search, be prohibited from gambling, attend Gamblers Anonymous, pay restitution in the

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

amount of $6,264.99, provide access to financial information, maintain a single checking account for all financial transactions, surrender business records, disclose all assets and liabilities, be prohibited from obtaining any new credit or loans without permission, get approval for any employment, and have no contact with the victims.

In an application dated December 13, 2006 (Dkt. 21 ), U.S. Probation Officer Brian H. Rogers alleged the following violations of the conditions of supervised release:

1. Failing to report on November 20, 2006, at 10:00 a.m., in violation of standard condition number 2, that he report to the probation office as directed.

2. Failing to report a change in employment in violation of standard condition number 6, that he notify the probation office of a change in employment.

3. Moving from 617 Fifth Ave West, Apt C-2, Seattle WA, on or about November 30, 2006, in violation of standard condition number 6, that he notify the probation officer at least 10 days prior to a change in residence.

In an application dated May 16, 2007 (Dkt. 23), U.S. Probation Officer Brian H. Rogers alleged the following additional violation of the conditions of supervised release, which was ordered incorporated in all future proceedings concerning the previously reported violations:

4. Committing the crime of Felony Evading a Peace Officer: Reckless Driving, in violation of California Department of Motor Vehicles, Vehicle Code 2800.2.(a), on February 14, 2007, in Los Angeles, California, in violation of the general condition that he not commit another federal, state, or local crime.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to

whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 5th day of November, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable Robert S. Lasnik
     AUSA:                   Roger Rogoff
     Defendant's attorney:   Walter Palmer
     Probation officer:      Michael Banks

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3